AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MORGAN HOWARTH,<br>*Plaintiff*<br>v.<br>KB DESIGN CENTER, INC. dba GK DESIGN CENTER, INC.,<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  1:23-cv-23886 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KB DESIGN CENTER, INC. dba GK DESIGN CENTER, INC.
Please serve Registered Agent:
Karen Bolea
13343 SW 103rd Place
Miami, Florida 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marian V. Quintero
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL  33433
marian.quintero@sriplaw.com
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Oct 12, 2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts